IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATOSHIA NORWOOD o/b/o T.D.R., :

   Plaintiff, :

v. : CA 12-00437-CB-C

MICHAEL J. ASTRUE,
Commissioner of Social Security, :

   Defendant. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 30, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this  13th  day of  February , 2013.

     s/Charles R. Butler, Jr.
     **SENIOR UNITED STATES DISTRICT JUDGE**