IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATOSHIA NORWOOD o/b/o T.D.R.,  :

   Plaintiff,  :

v.  :  CA 12-00437-CB-C

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,[1]  :

   Defendant.  :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated May 8, 2013 is **ADOPTED** as the opinion of this Court.

**DONE** this  24th day of  May , 2013.

        s/*Charles R. Butler, Jr.*
        **Senior United States District Judge**

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.  Pursuant to Rule 25(d), Federal Rules of Civil Procedure, Colvin is substituted for Michael J. Astrue as the proper defendant in this case.