IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

KATOSHIA NORWOOD o/b/o T.D.R.,   :

   Plaintiff,   :

v.   :   CA 12-00437-CB-C

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,[1]   :

   Defendant.   :

**JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the plaintiff be awarded attorney's fees in the amount of **$2,000.00** under the Equal Access to Justice Act.

**DONE** this   24th   day of   May  , 2013.

s/*Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d), Federal Rules of Civil Procedure, Colvin is substituted for Michael J. Astrue as the proper defendant in this case.